In re: FOX BEAN COMPANY, Debtor,

D.L. Evans Bank, an Idaho
corporation, Appellant,

v.

R. Sam Hopkins, Appellee.

No. 04–35335.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Sept. 12, 2005.

Decided Sept. 29, 2005.

Randolph C. Stone, Esq., Parsons, Smith & Stone, LLP, Burley, ID, for Appellant.

James A. Spinner, Esq., Monte Gray, Esq., Service Spinner & Gray, Pocatello, ID, for Appellee.

Before: BROWNING, ALARCON, and KLEINFELD, Circuit Judges.

### MEMORANDUM *

Appellant fails to raise relevant arguments on appeal. Accordingly, for the reasons stated by the bankruptcy and district courts, we AFFIRM.

---

\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.